# AFFIDAVIT OF SERVICE




| | |
|---|---|
| **COURT:** UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | **INDEX#:** 1 15 CV 00856 PKC<br>**DATE PURCHASED:** |

**PLAINTIFF/PETITIONER:**
NAVAVA LOGISTICS LIMITED

**DEFENDANT/RESPONDENT(S):**
TW LOGISTICS, LLC T/A TRANSWORLD LOGISTICS, ET AL.

**DOCUMENTS:**
SUMMONS, AMENDED COMPLAINT, CIVIL COVER SHEET, ORDER, ORDER INITIAL PRETRIAL CONFERENCE

STATE OF NEW YORK : COUNTY OF NASSAU
Shawn P Geed, the undersigned, being duly sworn, deposes and says:

On 02/25/2015 at 9:30 AM, at 511 FIFTH AVE, NEW YORK, NY 10017, deponent served the within SUMMONS, AMENDED COMPLAINT, CIVIL COVER SHEET, ORDER, ORDER INITIAL PRETRIAL CONFERENCE on ISRAEL DISCOUNT BANK OF NEW YORK in the manner indicated below:

**MANNER OF SERVICE:**
By delivering thereat a true copy of each and leaving with ISRAEL DISCOUNT BANK OF NEW YORK a true copy of the aforementioned documents. The deponent knew the person served to be the ATTORNEY, melissa chernofsky, who stated he/she is AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF of the corporation.

**DESCRIPTION OF PERSON SPOKEN TO/PAPERS LEFT WITH:**
Sex: Female - Skin: White - Hair: Brown - Age: 35 - Height: 5ft6in - Weight: 121-140lbs

Sworn to and subscribed before me on 02/26/2015

Felix A Vazquez
Notary Public, State of New York
No. 01VA6172274
Qualified in Kings County
Commission Expires 8/6/15

X_____
Shawn P Geed
License#: 1453392

Atty#: 20150223104734

GUARANTEED SUBPOENA SERVICE, INC., 2009 MORRIS AVENUE, UNION, NJ, 07083
NOWELL, AMOROSO, KLEIN, BIERMAN, P.C., 155 POLIFLY ROAD, HACKENSACK, NJ 07601

JB