Jantra Van Roy
David S.S. Hamilton
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

Attorneys for Defendant
  Israel Discount Bank of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVANA LOGISTICS LIMITED,<br><br>                              Plaintiff,<br><br>- against -<br><br>TW LOGISTICS, LLC, t/a TRANSWORLD LOGISTICS; SHLOMO GREENBERG; JDE ASSOCIATES LLC; ISRAEL DISCOUNT BANK OF NEW YORK,<br><br>                              Defendants. | Civil Action No. 15-cv-856 (PKC)<br><br>**NOTICE OF APPEARANCE** |

TAKE NOTICE that defendant Israel Discount Bank of New York, hereby appears in the above-entitled action. The undersigned has been retained as attorneys for Israel Discount Bank of New York.

Dated: New York, New York
       March 12, 2015

ZEICHNER ELLMAN & KRAUSE LLP

By: ____/s/ D. Hamilton____
   Jantra Van Roy
   David S.S. Hamilton
   Attorneys for Defendant
     Israel Discount Bank of New York
   1211 Avenue of the Americas
   New York, New York 10036
   (212) 223-0400

TO:   NOWELL AMOROSO KLEIN BIERMAN, P.A.
      Rick A. Steinberg
      Attorneys for Plaintiff
      155 Polifly Road
      Hackensack, New Jersey 07601

#801680/3514.055