Jantra Van Roy
David S.S. Hamilton
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

Attorneys for Defendant
 Israel Discount Bank of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVANA LOGISTICS LIMITED,<br><br>        Plaintiff,<br><br>- against -<br><br>TW LOGISTICS, LLC, t/a TRANSWORLD LOGISTICS; SHLOMO GREENBERG; JDE ASSOCIATES LLC; ISRAEL DISCOUNT BANK OF NEW YORK,<br><br>        Defendants. | Civil Action No. 15-cv-856 (PKC) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## OF ISRAEL DISCOUNT BANK OF NEW YORK

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant, Israel Discount Bank of New York, certifies that the following are its corporate parents, affiliates and/or subsidiaries that are publicly held:

Israel Discount Bank of New York, a New York chartered bank, is a wholly-owned subsidiary of Discount Bancorp, Inc., a Delaware bank holding

company, which is a wholly-owned subsidiary of Israel Discount Bank, Ltd., which is publicly traded on the Tel-Aviv Stock Exchange.

Dated:  New York, New York
        March 12, 2015

                              Respectfully submitted:

                              ZEICHNER ELLMAN & KRAUSE LLP

By: _____
     Jantra Van Roy
     David S.S. Hamilton
     Attorneys for Defendant
      Israel Discount Bank of New York
     1211 Avenue of the Americas
     New York, New York  10036
     (212) 223-0400