Castel, K.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVANA LOGISTICS LIMITED,<br><br>                                   Plaintiff,<br><br>- against -<br><br>TW LOGISTICS, LLC, t/a TRANSWORLD LOGISTICS; SHLOMO GREENBERG; JDE ASSOCIATES LLC; ISRAEL DISCOUNT BANK OF NEW YORK,<br><br>                                   Defendants. | Civil Action No. 15-cv-856 (PKC)<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff and defendant Israel Discount Bank of New York ("IDB") that:

1. IDB's time to respond to the Amended Complaint is extended to and including April 10, 2015. This is the first request for an extension of time by IDB. The original time to respond to the complaint is March 18, 2015.

2. This Stipulation may filed with the Court by either party without further notice and that facsimile signatures and/or photocopies shall be considered originals for all purposes.

Dated:  New York, New York
        March 17, 2015

NOWELL AMOROSO KLEIN BIERMAN, P.A.

By: _____
Rick A. Steinberg
Attorneys for Plaintiff
155 Polifly Road
Hackensack, New Jersey 07601
(201) 343-5001

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Jantra Van Roy
David S.S. Hamilton
Attorneys for Defendant
 Israel Discount Bank of New York
1211 Avenue of the Americas
New York, New York  10036
(212) 223-0400

SO ORDERED:

_____
P. Kevin Castel
United States District Judge

3/17/2015