UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAVANA LOGISTICS LIMITED,

                Plaintiff,

-against-

TW LOGISTICS, LLC, SHLOMO GREENBERG,
JDE ASSOCIATES LLC; ISRAEL DISCOUNT
BANK OF NEW YORK,

                Defendant.
------------------------------------------------------------X

DECLARATION OF
SHLOMO GREENBERG

Civil Action No. 15-cv-00856

I hereby declare the following, pursuant to 28 U.S.C. §1746:

1. I am a member of defendant TW Logistics, LLC, as well as an individually named defendant in the above-captioned matter.

2. I submit this declaration pursuant to the Order of the Hon. P. Kevin Castel, U.S.D.J. dated February 9, 2015.

3. The members of TW Logistics, LLC are Declarant and Hilbert Eshaghpour. Both members are individuals and are citizens of New York.

4. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2015

_____
Shlomo Greenberg