

**BERGER, FISCHOFF & SHUMER, LLP**

ATTORNEYS & COUNSELORS AT LAW

40 CROSSWAYS PARK DRIVE
WOODBURY, NEW YORK 11797
PH: 516.747.1136 | FAX: 516.747.0382
WWW.BFSLAWFIRM.COM

HEATH S. BERGER*
GARY C. FISCHOFF**
STEVEN E. SHUMER

LAURIE SAYEVICH HORZ
BRIAN P. SCHECHTER
GABRIELLE D. WASENIUS

OF COUNSEL:

STUART M. STEINBERG
FRANCIS G. FINEO
LAWRENCE KATZ
MATTHEW KREINCES
BRIAN NOVAK

ALSO ADMITTED IN DISTRICT OF COLUMBIA*
ALSO ADMITTED IN NEW JERSEY**

April 1, 2015

VIA ECF
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  Navana Logistics Limited v. TW Logistics, et al.
           S.D.N.Y. Case No.:15-cv-856

Dear Judge Castel:

    We are attorneys for defendants TW Logistics and Shlomo Greenberg. We write to request an adjournment of the initial conference of this matter, presently scheduled for Friday, April 10, 2015 at 11:15 a.m. There have been no previous requests for an adjournment of this conference. We have contacted counsel for all parties who have answered or appeared in this action, and all parties consent to this request.

    All counsel are available on the following dates, which we propose as the adjourned date: April 23, April 30 and May 5, 2015.

    We thank Your Honor in advance for your consideration. Please do not hesitate to contact the undersigned with any questions.

                               Respectfully,

                               Laurie Sayevich Horz

cc:  Rick Steinberg, Esq.
      David Hamilton, Esq.
      (via ECF)