Carter, N.

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED:  4-8-15              │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAVANA LOGISTICS LIMITED,                    Civil Action No. 15-cv-856 (PKC)

                              Plaintiff,

            - against -                      **STIPULATION AND ORDER**

TW LOGISTICS, LLC, t/a TRANSWORLD
LOGISTICS; SHLOMO GREENBERG;
JDB ASSOCIATES LLC;
ISRAEL DISCOUNT BANK OF NEW YORK,

                          . Defendants.

        IT IS HEREBY STIPULATED AND AGREED by and between counsel

for plaintiff and defendants TW Logistics ("TWL"), Shlomo Greenberg ("Greenberg")

and Israel Discount Bank of New York ("IDB") and that:

        1.    IDB's time to respond to the Amended Complaint is extended to

and including April 22, 2015.  This is the second request for an extension of time by

IDB.  The original time to respond to the complaint was March 18, 2015 and the current

time to answer the amended complaint is April 10, 2015.

        2.    IDB's time to respond to the cross-claim of defendants TWL and

Greenberg is extended to and including April 22, 2015.  This the first request for an

extension of time as to the cross-claim by IDB.  The original time to respond to the

cross-claim is April 9, 2015.

3.    This Stipulation may filed with the Court by either party without further notice and that facsimile signatures and/or photocopies shall be considered originals for all purposes.

Dated:   New York, New York
         April 3, 2015

NOWELL AMOROSO KLEIN BIERMAN, P.A.

By: _____
    Rick A. Steinberg
    Attorneys for Plaintiff
    155 Polifly Road
    Hackensack, New Jersey 07601
    (201) 343-5001

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
    Jantra Van Roy
    David S.S. Hamilton
    Attorneys for Defendant
     Israel Discount Bank of New York
    1211 Avenue of the Americas
    New York, New York  10036
    (212) 223-0400

BERGER, FISCHOFF & SHUMER LLP

By: _____
    Laurie Sayevich Horz
    Attorneys for Defendants
     TW Logistics and Shlomo Greenberg
    40 Crossways Park Drive
    Woodbury, New York 11797
    (516) 747-1136

SO ORDERED:

_____  4-7-15
U.S.D.J.