UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

NAVANA LOGISTICS LIMITED,

                    Plaintiff,                                  **APPEARANCE**
-against-                                                   **OF COUNSEL**

TW LOGISTICS, LLC, SHLOMO GREENBERG,     Civil Action No. 15-cv-00856
JDE ASSOCIATES LLC; ISRAEL DISCOUNT
BANK OF NEW YORK,

                    Defendant.

-----------------------------------------------------------X

TO: The Clerk of the Court and All Parties of Record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as co-counsel for defendants TW Logistics, LLC and Shlomo Greenberg.

Dated: Edgewood, New York
       April 21, 2015

                                              LAW OFFICES OF
                                              STUART M. STEINBERG P.C.

                            By:      /s/Stuart M. Steinberg, Esq.
                                              Stuart M. Steinberg, Esq. (SMS1136)
                                              2 Rodeo Drive
                                              Edgewood, New York 11717
                                              (631) 715-4160
                                              ssteinberg@steinbergpc.net

                                              Co-Counsel for Defendants
                                              TW Logistics, LLC and Shlomo Greenberg