UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

NAVANA LOGISTICS LIMITED,

                Plaintiff,                    **APPEARANCE**

-against-                                      **OF COUNSEL**

TW LOGISTICS, LLC, SHLOMO GREENBERG,    Civil Action No. 15-cv-00856
JDE ASSOCIATES LLC; ISRAEL DISCOUNT
BANK OF NEW YORK,

                **Defendant.**

-----------------------------------------------------------X

TO: The Clerk of the Court and All Parties of Record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as co-counsel for defendants TW Logistics, LLC and Shlomo Greenberg.

Dated: Edgewood, New York
       April 21, 2015

                                      WILLCOX & SAVAGE P.C.

                    By:      /s/ Leonard L. Fleisig
                                Leonard L. Fleisig, Esq. (LF-2198)
                                440 Monticello Avenue
                                Suite 2200
                                Norfolk, Virginia 23513
                                (757) 628-5605
                                lfleisig@wilsav.com

                                Co-Counsel for Defendants
                                TW Logistics, LLC and Shlomo Greenberg