```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NAVANA LOGISTICS LIMITED

                    Plaintiff(s),                  15 Civ. 856 (PKC)

        - against -                                 ORDER FOLLOWING
                                                    PRETRIAL CONFERENCE
TW Logistics, LLC et al.                            April 17, 2015 and
                                                    April 21, 2015
                    Defendant(s).
------------------------------------------------------------x

   As result of a pretrial conference held before the Court today, the following is ORDERED:

1. By May 22, 2015, plaintiff may serve a further amended complaint to address the issues outlined in the defendants' assertions in the April 16, 2015 letters.

2. By May 29, 2015, defendants may submit a premotion letter. By June 5 plaintiff shall respond. If none is submitted, plaintiff shall contact the Court by June 9 to arrange an initial conference.

by defendant

3. By _____, 201_, _____ shall _____

2

4.

5.

6. The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.

    SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York

    4-23-15