AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS, AMENDED COMPLAINT, CIVIL COVER SHEET, ORDER, ORDER INITIAL PRETRIAL**
EFFECTED (1) BY ME: **CONFERENCE, ORDER**
TITLE: _Angela Ray_
**PROCESS SERVER**

DATE: 4/10/15 @ 11:30 AM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

JDE ASSOCIATES LLC C/O NEW YORK SECRETARY OF STATE

Place where served:

ONE COMMERCE PLAZA  99 WASHINGTON AVE.  ALBANY  NY  12231

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Sue Zaiky, Business Document Specialist 2

Relationship to defendant _____

Description of Person Accepting Service:

SEX: _F_ AGE: _55_ HEIGHT: _5'4"_ WEIGHT: _130 lbs_ SKIN: _White_ HAIR: _Brwn_ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____          SERVICES $_____.____          TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: _4_ / _10_ / 20 _15_          _Oup Ray_          L.S.

SIGNATURE OF _____
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: RICK A. STEINBERG, ESQ.
PLAINTIFF: NAVAVA LOGISTICS LIMITED
DEFENDANT: TW LOGISTICS, LLC T/A TRANSWORLD LOGISTICS, ET AL.
VENUE: DISTRICT
DOCKET: 1 15 CV 00856 PKC
COMMENT:

