AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

**SERVICE OF:** AMENDED SUMMONS AND SECOND AMENDED COMPLAINT, ORDER, EXHIBIT A, ORDER INITIAL PRETRIAL CONFERENCE, CIVIL COVER SHEET
**EFFECTED (1) BY ME:** Angela Roy
**TITLE:** PROCESS SERVER
**DATE:** 5/20/15 @ 11:35 AM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant
JDE ASSOCIATES, LLC, C/O THE NY SECRETARY OF STATE

Place where served:
ONE COMMERCE PLAZA  99 WASHINGTON AVENUE  ALBANY  NY  12231

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
Sue Zouky, Business Document Specialist 2

Relationship to defendant: _____

Description of Person Accepting Service:
SEX: F  AGE: 55  HEIGHT: 5'4"  WEIGHT: 120 lbs  SKIN: White  HAIR: Brown  OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____  .  _____     SERVICES $ _____  .  _____     TOTAL $ _____  .  _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 5 / 20 / 2015

SIGNATURE OF Angela Roy  L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: RICK A. STEINBERG, ESQ.
PLAINTIFF: NAVANA LOGISTICS LIMITED
DEFENDANT: TW LOGISTICS, LLC T/A TRANSWORLD LOGISTICS, ET AL
VENUE: DISTRICT
DOCKET: 1 15 CV 00856 PKC
COMMENT: