```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-15
```

Castel, K.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAVANA LOGISTICS LIMITED,

                    Plaintiff,

- against -

TW LOGISTICS, LLC, t/a TRANSWORLD
LOGISTICS; SHLOMO GREENBERG;
JDE ASSOCIATES LLC;
ISRAEL DISCOUNT BANK OF NEW YORK,

                    Defendants.

Civil Action No. 15-cv-856 (PKC)

**STIPULATION AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED by and between counsel for TW Logistics, LLC, Shlomo Greenberg and Israel Discount Bank of New York ("IDB") that:

1. IDB's time to respond to the Answer with Crossclaims (the "Crossclaim") filed by defendants TW Logistics, LLC and Greenberg on June 8, 2015 is extended *sine die* through and including the filing of IDB's Answer, if any, to plaintiff's Second Amended Complaint. This is the first request for an extension of time by IDB. The original time to respond to the Crossclaim is June 28, 2015.

2. This Stipulation may filed with the Court by either party without further notice and that facsimile signatures and/or photocopies shall be considered originals for all purposes.

Dated: New York, New York
       June 22, 2015

BERGER, FISCHOFF & SHUMER LLP

By: _____
Laurie Sayevich Horz, Esq.
Attorneys For Defendants
  *TW Logistics, LLC and Shlomo*
  *Greenberg*
40 Crossways Park Drive
Woodbury, New York 11797
(516) 747-1136

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Jantra Van Roy
David S.S. Hamilton
Attorneys for Defendant
  *Israel Discount Bank of New York*
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

#815499/3514.055

LAW OFFICES OF STUART M.
STREINBERG P.C.
Stuart M. Streinberg
Co-counsel for Defendants
 *TW Logistics, LLC and Shlomo*
*Greenberg*
2 Rodeo Drive
Edgewood, New York 11717
(631) 715-4160

WILCOX & SAVAGE P.C.
 Leonard L. Fleisig
Co-counsel for Defendants
 *TW Logistics, LLC and Shlomo*
*Greenberg*
 440 Monticello Avenue
Suite 2200
Norfolk, Virginia 235130036
(212) 223-0400

SO ORDERED: _____
U.S.D.J.

6-24-15

#815499