Jantra Van Roy
David S.S. Hamilton
Zeichner Ellman & Krause LLP
Attorneys for Plaintiff
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVANA LOGISTICS LIMITED,<br><br>Plaintiff,<br><br>- against -<br><br>TW LOGISTICS, LLC, t/a TRANSWORLD LOGISTICS; SHLOMO GREENBERG; JDE ASSOCIATES LLC; ISRAEL DISCOUNT BANK OF NEW YORK,<br><br>Defendants. | Civil Action No. 15-cv-856 (PKC)<br><br>**NOTICE OF MOTION** |

TAKE NOTICE, that upon the Declaration of David S.S. Hamilton, dated June 26, 2015, and the Second Amended Complaint annexed thereto, the accompanying Memorandum of Law and all pleadings and proceedings heretofore had herein, defendant Israel Discount Bank of New York ("IDB") shall make a motion before the Honorable P. Kevin Castel, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order dismissing the Second Amended Complaint as to IDB pursuant to (i) Fed R. Civ. P. 8(a) and 12(b)(6) for failure to state a claim upon which relief can be granted; (ii) Fed R. Civ. P. 12(b)(7) and 19(b) for failure to join a required party; (iii) Fed R. Civ. P. 12(c) and

815538

17(a) as plaintiff Navana Logistics Limited is not a real party in interest and lacks standing to assert its purported claims against IDB upon which relief can be granted; and (iv) for such other and further relief as is just and proper.

TAKE FURTHER NOTICE, that opposing papers, if any, shall be served on or before July 10, 2015.

Dated: New York, New York
June 26, 2015

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Jantra Van Roy
David S.S. Hamilton
Attorneys for Defendant
  Israel Discount Bank of New York
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

TO: Rick A. Steinberg, Esq.
Nowell Amoroso Klein Bierman, P.A.
Attorneys for Plaintiff
155 Polifly Road
Hackensack, New Jersey 07601

Laurie Sayevich Horz, Esq.
Berger, Fischoff & Shumer LLP
Attorneys for Defendants
  TW Logistics and Shlomo Greenberg
40 Crossways Park Drive
Woodbury, New York 11797

#815984

LAW OFFICES OF STUART M. STREINBERG P.C.
Stuart M. Streinberg
Co-counsel for Defendants
  *TW Logistics, LLC and Shlomo   Greenberg*
2 Rodeo Drive
Edgewood, New York 11717
(631) 715-4160


WILCOX & SAVAGE P.C.
 Leonard L. Fleisig
Co-counsel for Defendants
 *TW Logistics, LLC and Shlomo   Greenberg*
 440 Monticello Avenue
Suite 2200
Norfolk, Virginia 235130036
(212) 223-0400