```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Navana Logistics Limited

                     Plaintiff(s),

      - against -

TW Logistics, LLC, et al.

                     Defendant(s),
------------------------------------------------------------X

15 Civ. 856 (PKC)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on February 5, 2015 with the filing of a summons and complaint*, a copy of the summons and *second amended* complaint was served on defendant(s) JDE Associates LLC by personally serving Sue Zovky, Business Document Specialist, NY Secretary of State, and proof of service was therefore filed on June 12, 2015, Doc. #(s) 38.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York
       August 26, 2015

                                    RUBY J. KRAJICK
                                    Clerk of Court

                           By: _____
                                   Deputy Clerk

SDNY Web 3/2015

* An amended complaint was filed on February 19, 2015.
A second amended complaint was filed on May 19, 2015.