UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Navana Logistics Limited

(*List the name(s) of the plaintiff(s)/petitioner(s).*)

___15___ Civ. ___856___ (__PKO__) (_____)

- against -

**AFFIRMATION OF SERVICE**

TW Logistics, LLC, t/a Transworld Logistics;
Shlomo Greenberg; JDE Associates LLC;
Israel Discount Bank of New York

(*List the name(s) of the defendant(s)/respondent(s).*)

I, (*print your name*) __Rick A. Steinberg__, declare under penalty of perjury that I served a copy of the attached (*list the names of the documents you served*): __motion for default judgment as to defendant, JDE Associates LLC__

upon all other parties in this case by (*state how you served the documents, for example, hand delivery, mail, overnight express*) __first class mail__ to the following persons (*list the names and addresses of the people you served*):

JDE Associates LLC, 1407 Broadway, 30th Floor, New York, NY 10018
David S.S. Hamilton, Esq., Attorney for Israel Discount Bank of New York
Laurie Sayevich Horz, Esq., Attorney for TW Logistics, LLC and Shlomo Greenberg

on (*date you served the document(s)*) __August 27, 2015__.

__August 27, 2015__
Dated

/s/ Rick A. Steinberg
Signature
Nowell Amoroso Klein Bierman, P.A.
Address
155 Polifly Road, Hackensack, New Jersey
City, State
07601
Zip
201-343-5001
Telephone Number
rsteinberg@nakblaw.com
E-Mail Address

*Rev. 01/2013*