UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NAVANA LOGISTICS LIMITED,                    ECF CASE

                 Plaintiff,                    CASE NO. 15-CV-856 (PKC)

vs.                                          **NOTICE OF MOTION
                                             TO INTERVENE**

TW LOGISTICS, LLC, t/a TRANSWORLD
LOGISTICS; SHLOMO GREENBERG;
JDE ASSOCIATES LLC;
ISRAEL DISCOUNT BANK OF NEW YORK,

                 Defendants.
-----------------------------------------------------------x

     **PLEASE TAKE NOTICE,** that upon the annexed declarations of Stuart L. Sanders, Esq., dated December 4, 2015, and Mazibur Rahman Mazumder, dated December 3, 2015, the undersigned attorneys for proposed intervenors, Adila Apparels, Ample Fashion Ltd., Clear Tex Industries Limited, Friends & Friends Apparels (PTE) Ltd., Ifco Garment and Textiles Ltd., Kent Garments (PVT) Ltd. and Nazia Apparels, will move this Court, at a motion term thereof to be held before the Hon. P. Kevin Castel, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, NY 10007, in Courtroom 12C, for an order allowing the proposed intervenors to intervene in this action pursuant to Fed. R. Civ. P. Rule 24(a) or (b), and granting the proposed intervenors such other, further or different relief as the Court may deem to be just and proper.

Dated: New York, New York
December 4, 2015

Yours, etc.,

Stuart L. Sanders, Esq.
KAZLOW & KAZLOW
Attorneys for Intervenors
(with respect to claims against
defendants JDE Associates LLC and
Israel Discount Bank of New York)
237 West 35th Street, 14th Floor
New York, NY 10001
Tel.: (212) 947-2900
Fax: (212) 563-0629
E-mail: sljban@kazlowandkazlow.com

Carol G. Morokoff, Esq.
MAIDENBAUM & ASSOCIATES, PLLC
Attorneys for Intervenors
(with respect to claims against
defendant TW Logistics, LLC
t/a Transworld Logistics
1 Broadcast Plaza
Merrick, NY 11566
Tel.: (212) 619-6401
Fax: (516) 223-7096
E-mail: cmorokoff@maidenbaum.com

To: Rick A. Steinberg, Esq.
NOWELL AMOROSO KLEIN BIERMAN, P.A.
Attorneys for Plaintiff
155 Polifly Road
Hackensack, NJ 07601

Laurie Sayevich Horz, Esq.
BERGER, FISCHOFF & SHUMER LLP
Attorneys for Defendants
TW Logistics LLC and
Shlomo Greenberg
40 Crossways Park Drive
Woodbury, NY 11797

Jantra Van Roy, Esq.
David S.S. Hamilton, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
Attorneys for Defendant
Israel Discount Bank of New York
1211 Avenue of the Americas
New York, NY 10036

JDE Associates LLC
Defendant
1407 Broadway, 30th Floor
New York, NY 10018