UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NAVANA LOGISTICS LIMITED,　　　　　　　　ECF CASE

　　　　　　　　Plaintiff,　　　　　　　　　　CASE NO. 15-CV-856 (PKC)

vs.　　　　　　　　　　　　　　　　　　**CERTIFICATE OF SERVICE**

TW LOGISTICS, LLC, t/a TRANSWORLD
LOGISTICS; SHLOMO GREENBERG;
JDE ASSOCIATES LLC;
ISRAEL DISCOUNT BANK OF NEW YORK,

　　　　　　　　Defendants.
-----------------------------------------------------------x

　　**OCTAVIO A. CARRION,** hereby states and declares as follows:

　　1. I am not a party to the action, am over 18 years of age, and reside in the County of Bronx, New York.

　　2. On December 4, 2015, I served a true copies of the proposed Intervenors' Memorandum of Law in Support of Notice of Motion to Intervene, in the above-captioned action, on the attorneys for the plaintiff and defendants TW Logistics, LLC and Israel Discount Bank of New York, and on defendant JDE Associates LLC, by mailing same, in sealed envelopes, with first-class postage prepaid thereon and affixed thereto, in a post office or official depository of the United States Postal Service located in the State of New York, addressed to them as follows:

　　Rick A. Steinberg, Esq.
　　NOWELL AMOROSO KLEIN BIERMAN, P.A.
　　155 Polifly Road
　　Hackensack, NJ 07601

Laurie Sayevich Horz, Esq.
BERGER, FISCHOFF & SHUMER LLP
40 Crossways Park Drive
Woodbury, NY 11797

Jantra Van Roy, Esq.
David S.S. Hamilton, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, NY 10036

JDE Associates LLC
1407 Broadway, 30th Floor
New York, NY 10018

Pursuant to 28 U.S.C.A. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York, on December 7, 2015.

Octavio A. Carrion