# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

DIRECT DIAL
(212) 826-5325
dhamilton@zeklaw.com

December 16, 2015

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

>   **Navana Logistics Limited v. TW Logistics, LLC, et al.,**
>   **Civil Action No. 15-cv-856 (PKC)**
>   **Re: Motion to Intervene Schedule**

Dear Judge Castel:

We represent defendant Israel Discount Bank of New York ("IDB") in the referenced action. We respectfully write seeking confirmation that IDB's time to oppose the proposed intervenors' motion to intervene is December 23, 2015, in accordance with the Court's most recent memo endorsement, as well as the "deadlines" page of the Court's ECF website. See Dckt # 63. (Such that the deadline set by the earlier memo endorsement is no longer applicable. See Dckt # 62.)

Respectfully submitted,

David S.S. Hamilton

DSSH:mzg

cc: All parties, by ECF