# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

**MEMO ENDORSED**

DIRECT DIAL
(212) 826-5325
dhamilton@zeklaw.com

December 16, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-16-15

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Navana Logistics Limited v. TW Logistics, LLC, et al.,
Civil Action No. 15-cv-856 (PKC)
Re: Motion to Intervene Schedule

Dear Judge Castel:

We represent defendant Israel Discount Bank of New York ("IDB") in the referenced action. We respectfully write seeking confirmation that IDB's time to oppose the proposed intervenors' motion to intervene is December 23, 2015, in accordance with the Court's most recent memo endorsement, as well as the "deadlines" page of the Court's ECF website. See Dckt # 63. (Such that the deadline set by the earlier memo endorsement is no longer applicable. See Dckt # 62.)

Respectfully submitted,

David S.S. Hamilton

DSSH:mzg

cc: All parties, by ECF

---

*[Handwritten memo endorsement:]* To avoid doubt, the time to oppose the motion to intervene is set at December 23, 2015. SO ORDERED. /s/ 12-16-15