UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAVANA LOGISTICS LIMITED,

                 Plaintiff,

-against-

TW LOGISTICS, LLC, SHLOMO GREENBERG,
JDE ASSOCIATES LLC; ISRAEL DISCOUNT
BANK OF NEW YORK,

                 Defendant.
------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

Civil Action No. 15-cv-00856

    I hereby certify that on December 23, 2015, a true and correct copy of the foregoing Memorandum of Law In Opposition To Motion To Intervene was served and filed in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules and/or the Southern District's Rules on Electronic Service, and by enclosing the same in a wrapper addressed as shown below, into the custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name upon the following parties and participants:

Rick A. Steinberg, Esq.
Nowell Amoroso Klein Bierman, P.A.
155 Polify Road
Hackensack, New Jersey 07601

Jantra Van Roy, Esq.
David S.S. Hamilton, Esq.
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, New York 10036

Stuart L. Sanders, Esq.
Kazlow & Kazlow
237 West 35th Street, 14th Floor
New York, New York 10001

Carol G. Morokoff, Esq.
Maidenbaum & Associates
1 Broadcast Plaza
Merrick, NY 11566

Dated: Woodbury, New York
       December 23, 2015

_____
Laurie Sayevich Horz, Esq. (LSH 3183)