UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAVANA LOGISTICS LIMITED, | Civil Action No. 15-cv-856 (PKC) |
| Plaintiff, | |
| vs. | |
| TW LOGISTICS, LLC, t/a TRANSWORLD LOGISTICS; SHLOMO GREENBERG; JDE ASSOCIATES LLC; ISRAEL DISCOUNT BANK OF NEW YORK, | **SUBSTITUTION OF ATTORNEY FOR PLAINTIFF, NAVANA LOGISTICS LIMITED** |
| Defendants. | |

The undersigned hereby consents to the substitution of Price, Meese, Shulman & D'Arminio, P.C., as attorneys for Plaintiff, Navana Logistics Limited, in the above-entitled action.

| | |
|---|---|
| Nowell Amoroso Klein Bierman, P.A. | Price Meese Shulman & D'Arminio, P.C. |
| 155 Polifly Road | 50 Tice Boulevard, Suite 380 |
| Hackensack, New Jersey 07601 | Woodcliff Lake, New Jersey 07677 |

By: /s/ Rick A. Steinberg   By: /s/ Rick A. Steinberg
    Rick A. Steinberg, Esq.       Rick A. Steinberg, Esq.
    Withdrawing Attorney       Superseding Attorney

Dated: December 23, 2015   Dated: December 23, 2015